IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BRENT T. MARTIN, SR.**  **PLAINTIFF**
**ADC #135068**

v.          CASE NO. 2:21-CV-00126-BSM

**ADAM SWOPES,** *et al.*        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE